Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00803-CV

____________

 

REPUBLIC
WASTE SERVICES, INC., Appellant

 

V.

 

LIONELL
MARSHALL, Appellee

 



 

On Appeal from the 129th District Court

Harris
County, Texas

Trial Court Cause No. 00-43819

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed May 21, 2002.

On January 24, 2003, the parties filed a joint motion to vacate
the trial court=s judgment and dismiss the case because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the judgment signed May 21, 2002, is vacated and
the case is ordered dismissed.                                                                            PER
CURIAM

 

Judgment rendered and Opinion
filed January 30, 2003.

Panel consists of Justices
Edelman, Seymore, and Guzman.